

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 15, 2019

By ECF
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Tyrell Rock, 11 Cr. 500 (KMK); 16 Civ. 4214 (KMK)

Dear Judge Karas:

The Government is writing in connection with the defendant's October 29, 2019 letter, requesting the vacatur of his conviction in light of the Supreme Court's decision in United States v. Davis, 139 S.Ct. 2319 (2019), and the Second Circuit's decision in United States v. Barrett, 937 F.3d 126 (2d Cir. 2019). Both parties agree that Davis applies to Rock's conviction.

The parties are still in the process of conferring to determine if an agreement can be reached about how to proceed in this case; we are hopeful that we will be able to reach such an agreement shortly. Accordingly, the parties are jointly, respectfully requesting 30 additional days to continue that process. Among other things, the additional time will allow the Government an opportunity to extend a revised plea offer to the defendant, and time for the defendant to consider that offer. Thank you for your consideration of this matter.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Sarah Krissoff
Sarah Krissoff
Assistant United States Attorney
(212) 637-2232

cc: Darrell Fields, Esq. (via ECF)

*The Government's deadline is January 7, 2020. No more extensions will be granted.*

*So Ordered.*
*KMK*
*12/16/19*