UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYRELL ROCK,

Petitioner-Defendant.

Case No. 16-CV-4214 (KMK)
Case No. 11-CR-500 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

Petitioner Tyrell Rock ("Petitioner") filed a Petition, pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence on June 6, 2016. After being granted several extensions to respond, Assistant United States Attorney Sarah Krissoff sought a 30-day extension on December 15, 2019 to resolve the matter with Petitioner. The Court gave Ms. Krissoff until January 7, 2020 to file her submission in response to the Petition and explained that there would be no further extensions. Notwithstanding a follow-up telephone call to Ms. Krissoff, the Court has not received any submission on behalf of the Government. This is unacceptable. If the Government does not file a response by March 23, 2020, the Court may grant the Petition.

SO ORDERED.

DATED: March 18, 2020
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE