**U.S. Department of Justice**

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2022

**By ECF and Electronic Mail**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Tyrell Rock*, 11 Cr. 500-6 (KMK)

Dear Judge Karas:

    The parties write to inform the Court that they have reached a resolution without the need for a hearing on the pending violations of supervised release against defendant Tyrell Rock. In particular, Mr. Rock will admit to pending Specification #5, and the Government will move to dismiss Specifications #1-4. On June 29, 2022, the Court scheduled a hearing on the pending violations of supervised release for July 19, 2022, at 10:30 A.M. The parties respectfully request that, instead of holding a hearing on July 19, 2022, at 10:30 A.M., the Court schedule an appearance on that date at which Mr. Rock will admit to Specification #5, the Government will move to dismiss Specifications #1-4, and a date will be set for sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Steven J. Kochevar
Steven J. Kochevar
Assistant United States Attorney
(914) 993-1928

cc: Daniel Hochheiser, Esq. (by ECF)

*Granted. The conference will go forward on 7/19/22 at 10:30 in-person.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

7/14/2022

06.20.2018